**ORIGINAL**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 10 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ELLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>SIMON BIBIYAN, an individual, 1st MIRACLE PICTURES, INC., a California corporation, HENRY JONES, an individual, MARINA INVESTORS GROUP, INC., a California corporation,<br><br>        Defendants. | CASE NO. CV 04-02839 MMM (VBKx)<br><br>JUDGMENT |

The court having considered the motion of plaintiff Jordan Ellis for default judgment,

IT IS ORDERED AND ADJUDGED

1. That judgment be entered in the amount of $20,000 against defendant 1st Miracle Pictures, Inc.;

2. That judgment be entered in the amount of $750 against defendant Marina Investors Group, Inc.;

3. That plaintiff take nothing by way of his complaint against defendants Simon Bibiyan

and Henry Jones;

4. That 1st Miracle Pictures, Inc. and Marina Investors Group, and each of their respective proprietors, partners, shareholders, officers, directors, agents, servants, and employees, and all persons acting in concert or participation with them are hereby enjoined and restrained permanently from infringing any and all copyrights in the motion picture titled "When Tomorrow Hits" ("The Film) by:

(i) Importing, copying, reproducing, duplicating, selling, or transferring any portions of the Film and/or the packaging and promotional material therefor; and/or

(ii) Advertising, promoting, distributing, offering for sale or rent, renting, selling, or otherwise exploiting the Film or any portion thereof, except with the express written consent of plaintiff; and/or

(iii) Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth herein.

B. Within fifteen (15) days of the date hereof, 1st Miracle Pictures, Inc. and Marina Investors Group are required to deliver to counsel for plaintiff, Larry Zerner, at his offices located at 1925 Century Park East, Suite 500, Los Angeles, California 90067, all of the following materials in their possession:

(i) Any and all prints, negatives, videotape masters, videocassettes and videodiscs infringing plaintiff's copyright in the Film, including all prints, one-inch master tapes, three-quarter inch tapes, one-half inch BETA and VHS tapes and videodiscs;

(ii) Any and all packaging and/or advertising or promotional materials used in the advertising, promotion, distribution, sales and/or rental of the Film.

5. That the action be, and it hereby is, dismissed; and

6. That plaintiff Jordan Ellis recover his costs of suit from defendants 1st Miracle Productions and Marina Investors Group.

The court retains jurisdiction to enforce this judgment and injunction.

DATED: August 8, 2005

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

3